IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 13-CR-30091-MJR |
| | ) | |
| MARTEZ MOORE and | ) | |
| DEWAYNE HILL, | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S MOTION FOR PROTECTIVE ORDER
## RELATING TO JENCKS ACT AND GRAND JURY MATERIALS

The United States of America, by Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Kit R. Morrissey, Assistant United States Attorney for said district, hereby moves for a protective order relating to Jencks Act and Grand Jury materials, and in support thereof, states as follows:

1. The trial of the Defendants is scheduled for October 6, 2014.

2. The United States is in possession of Jencks Act materials (18 U.S.C. §3500), and law enforcement reports relating to those materials, as well as Grand Jury materials, and is prepared to release the materials in advance of trial pursuant to a Protective Order framed by this Honorable Court.

3. A Protective Order is necessary for the early release of Jencks Act materials because the improper handling of the materials could endanger prospective witnesses, and thus, the integrity of the case.

4. Federal Rule of Criminal Procedure 6(e)(3)(E)(i) provides the court with discretion to authorize the disclosure – "at a time, in a manner, and subject to any other conditions that it

directs – of a grand-jury matter" "preliminarily to or in connection with a judicial proceeding."

Wherefore, the United States respectfully requests that this Honorable Court:

(a) Authorize the United States to disclose matters occurring before the Grand Jury in this case pursuant to Rule 6(e)(3)(E)(i);

(b) Enter a Protective Order relating to Jencks Act and Grand Jury materials that the materials and any copies of the materials be maintained in the sole custody and care of counsel for the Defendant at all times.

> Respectfully submitted,
>
> STEPHEN R. WIGGINTON
> United States Attorney
>
> *s/ Kit R. Morrissey*
> KIT R. MORRISSEY
> Assistant United States Attorney
> Nine Executive Drive
> Fairview Heights, IL 62208
> Tel: (618) 628-3700
> Fax: (618) 628-3730
> E-mail: Kit.Morrissey@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 13-CR-30091-MJR |
| ) | |
| MARTEZ MOORE and ) | |
| DEWAYNE HILL, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2014, I caused to be electronically filed

GOVERNMENT'S MOTION FOR PROTECTIVE ORDER
RELATING TO JENCKS ACT AND GRAND JURY MATERIALS

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Attorneys of Record

                                  Respectfully submitted,

                                  STEPHEN R. WIGGINTON
                                United States Attorney

                                *s/ Kit R. Morrissey*
                                KIT R. MORRISSEY
                                Assistant United States Attorney
                                Nine Executive Drive
                                Fairview Heights, IL 62208
                                Phone: 618-628-3700
                                Fax: 618-628-3730
                                Email:   Kit.Morrissey@usdoj.gov